IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANCIS N ETTIENNE,
LIBRUN JEAN-HENRIQUEZ,
MARCO IVAN ESCAMILLA
    Plaintiffs,

vs.                                Case No.: 4:05cv339/MMP/EMT

DAVID HARVEY, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk.  Plaintiffs commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  On January 17, 2006, this court entered an order giving Plaintiffs thirty (30) days to file notices with the court stating whether they wished to proceed jointly in this action or pursue separate actions (Doc. 26).  Additionally, Plaintiffs were directed to file amended complaints within that time (*id*.).  Plaintiffs failed to respond to the order, therefore, on February 22, 2006, the court issued an order requiring Plaintiffs to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 27).  The time for compliance with the show cause order has now elapsed with no response from Plaintiffs.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiffs' failure to comply with an order of the court.

At Pensacola, Florida, this 17th day of March 2006.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**