IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MARCO IVAN ESCAMILLA,
FRANCIS NORMAN ETTIENNE,
LIBRUN JEAN-HENRIQUEZ,

      Plaintiffs,

v.                                        CASE NO. 4:05-cv-00339-MP-EMT

DAVID HARVEY, et al.,

      Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 28, Report and Recommendations of the

Magistrate Judge, recommending that this case be dismissed without prejudice for failure to

comply with an order of the court.  The report was signed by the Magistrate on March 17, 2006.

The parties have been furnished a copy of the Report and Recommendation and have been

afforded an opportunity to file objections.  The copy of the report mailed to plaintiff Librun

Jean-Henriquez was returned to the Court as non-deliverable.  This plaintiff has no other address

information on file.

Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de

novo* review of those portions to which an objection has been made.  In this instance, however,

no objections were made.  Therefore, having considered the Report and Recommendation, as

well as plaintiff Librun Jean-Henriquez's failure to keep the Court informed of his current

address, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.      This action is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this   *20th* day of April, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge